UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| HAROLD ROBERT KOERBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:19-cv-00018-TWP-SKL |
| | ) |
| TENNESSEE TRAILERS, INC. and | ) |
| THOMAS C. BURGER, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that all claims by Plaintiff against Defendants be and hereby are dismissed with prejudice.

Respectfully submitted,

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr., #013839
4525 Harding Road, Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

John McCown, GA Bar #486002
Warren & Griffin, P.C.
300 West Emery Street, Suite 108
Dalton, GA 30720
(706) 529-4878
(706) 529-3890 (facsimile)
john.mccown@warrenandgriffin.com

Attorneys for Plaintiff

1

/s/ Susan Elliott Rich
Russell W. Gray, #016120
Susan Elliott Rich, #01017
Baker, Donelson, Bearman, Caldwell
& Berkowitz, P.C.
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
(423) 209-4218
(423) 752-9563 (facsimile)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2019, a true and correct copy of the foregoing was served via the Court's electronic filing system on Russell W. Gray and Susan Elliott Rich, Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., 633 Chestnut Street, Suite 1900, Chattanooga, TN 37450.

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr.